Argued July 27, affirmed July 27, 1973

STATE OF OREGON, *Respondent, v.* LOUIS HENRY SCHUMMER (No. 14-792), *Appellant.*

511 P2d 1256

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

Affirmed from the bench.